IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SAMUEL R. TAYLOR, #R02895, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 13-cv-00945-JPG |
| ) | |
| VIENNA CORRECTIONAL CENTER, ) | |
| RANDY DAVIS, ) | |
| MR. LOVE, ) | |
| GLENN HOWARD, ) | |
| BRETT CAMPBELL, ) | |
| BRENDA SUITS, ) | |
| RICK RIDGLEY, and ) | |
| HAROLD BUCHEIMIER, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

On September 12, 2013, Plaintiff Samuel R. Taylor , an inmate in the custody of the Illinois Department of Corrections, housed at Vienna Correctional Center, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 (Doc. 1). By Order dated October 16, 2013, the Court concluded that the complaint, as drafted, failed to state a colorable constitutional claim (Doc. 6).

Plaintiff was directed to file a complaint by November 15, 2013 (Doc. 6). He was forewarned that failure to file a proper complaint by the prescribed deadline would result in the dismissal of this action, and that he would remain obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998).

Plaintiff has not filed a complaint and the deadline for doing so has passed. It appears that Plaintiff has abandoned this action.

**IT IS THEREFORE ORDERED** that pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with a court order and failure to prosecute this action. Furthermore, this action is deemed frivolous for purposes of Section 1915(g); therefore Plaintiff will be allotted a **STRIKE** under the provisions of 28 U.S.C. § 1915(g). Judgment shall enter accordingly and this case will be closed.

**IT IS FURTHER ORDERED** that Plaintiff remains obligated to pay the filing fee. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). A separate order shall enter regarding the collection of the fee (*see* Doc. 2).

**IT IS SO ORDERED.**

**DATED: December 11, 2013**

*s/J. Phil Gilbert*
**UNITED STATES DISTRICT JUDGE**